Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 15 2024

KEVIN P. WEIMER, Clerk
By: MMA Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

CHARLETTA BOHLER

Case No. 1:24-CV-5250

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Mueller Water Products, Inc., Mueller Co. LLC., Mueller Technologies

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.   The Parties to This Complaint**

  **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Charletta Bohler |
   | Street Address | 3710 Sulene Drive |
   | City and County | Atlanta, Fulton |
   | State and Zip Code | GA, 30349 |
   | Telephone Number | (404) 626-0960 |
   | E-mail Address | charletta.bohler@gmail.com |

  **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: Mueller Water Products, Inc., Mueller Co. LLC., Mueller Technologi
- Job or Title (if known):
- Street Address: 1200 Abernathy Road
- City and County: Atlanta, Fulton
- State and Zip Code: Georgia, 30328
- Telephone Number: (770) 206-4200
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Mueller Water Products, Inc. |
| Street Address | 1200 Abernathy Rd Ste 1200 |
| City and County | Atlanta, Fulton |
| State and Zip Code | Georgia, 30328 |
| Telephone Number | (770) 206-4200 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓]  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ]  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]  Other federal law *(specify the federal law)*:

[ ]  Relevant state law *(specify, if known)*:

[ ]  Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
February 2023 - July 6, 2023: Feb. 7, 2023; Apr. 24, 2023; May 1-2, 2023; Jun. 22, 2023; Jul. 6, 2023

C. I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race — African-American
- ☐ color
- ☑ gender/sex — female
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

See the following attachments:
1. Bohler vs Mueller Water Products, Inc. - (3e - Statement of Claims - Facts [2 pg.])
2. 'Charge of Discrimination (410-2023-07261) [3 pages]

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

10/18/2023

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 08/16/2024

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attachment: Bohler vs Mueller Water Products, Inc. - (5 - Relief [1 pg.]).

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     11/15/2024

Signature of Plaintiff    *[signature]*
Printed Name of Plaintiff    Charletta D. Bohler

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 410-2023-07261 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Charletta Bohler | (404) 626-0960 | 1989 |

Street Address
3710 Sulene Dr
COLLEGE PARK, GA 30349

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Mueller Water Products | 101 - 200 Employees | |

Street Address
1200 ABERNATHY RD STE 1200
SANDY SPRINGS, GA 30328

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address                     City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest: 02/07/2023    Latest: 07/06/2023 |
| Race, Retaliation, Sex | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. On or about April 4, 2022, I was hired by the above employer as a Senior Firmware Engineer. Since on or about February 7, 2023, to July 6, 2023, I was harassed by my supervisor and management. On or about February 7, 2023, Bradley Smith, Firmware Department Manager, requested that I complete a software code project without the adequate equipment. On or about April 24, 2023, I received a Performance Improvement Plan from Mr. Smith. On or about May 1, 2023, Mr. Smith and Kenneth Young, Principal Engineer, reprimanded and humiliated me in front of others. On or about May 2, 2023, I complained to Danielle Case, Human Resource Representative, about the harassment, but it continued. On or about June 22, 2023, Ms. Case encouraged me to accept responsibility of a failed project and to take two weeks off. On or about July 6, 2023, I was discharged from my position.

II. No reason was given for not giving me adequate equipment. I was told I received the Performance Improvement Plan because I needed to work on my technical skills and expectations of a senior engineer, work on my project documentation, follow through on promises and instructions, and

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>Digitally Signed By: Charletta Bohler<br>10/18/2023<br><br>Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Page 1 of 3

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>410-2023-07261 |
|---|---|---|
| | | and EEOC |
| State or local Agency, if any | | |

develop a hybrid work schedule.  I was told I was reprimanded because of the failure of a project that I did not lead.  I was told I was discharged for performance issues. Nothing was done regarding my complaints.

III. I believe I have been discriminated against based on my sex (female), race (African American) and subjected to retaliation for engaging in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Charletta Bohler**<br>10/18/2023<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Savannah Local Office
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406
(912) 358-2810
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/16/2024

**To:** Charletta Bohler
3710 Sulene Dr.
Atlanta, GA 30349
Charge No: 410-2023-07261

EEOC Representative and email:   Davena Moore
Federal Investigator
davena.moore@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2023-07261.

On behalf of the Commission,

Jennifer Bessick  *Digitally signed by Jennifer Bessick*
*Date: 2024.08.16 15:42:02 -04'00'*

Digitally Signed By: Jennifer Bessick
08/16/2024

Jennifer Bessick
Director
Savannah Local Office

Cc:
Melissa Kotun
Mueller Water Products
1200 Abernathy Road, Ste. 1200
Sandy Springs, GA 30328

Janet Thomas
Mueller Water Products
1200 Abernathy Road, Ste. 1200
Sandy Springs, GA 30328


Please retain this notice for your records.

### 5 - Relief

I have suffered significant harm, including financial losses, emotional distress, and damage to my professional reputation, due to the defendant's discriminatory actions. I respectfully seek back pay, compensatory and punitive damages, reinstatement or front pay, and measures to prevent future discrimination.

1. **Reinstatement or Alternative Compensation**:

   I request reinstatement to my former position with equivalent pay, benefits, and seniority, or alternatively, front pay in the amount of $150,000 to compensate for future lost earnings resulting from the defendant's discriminatory actions.

2. **Back Pay**:

   I request back pay in the amount of $75,000 to cover the wages, benefits, and other financial losses I incurred from the date of the discriminatory termination or adverse employment action to the present.

3. **Compensatory Damages**:

   I request compensatory damages in the amount of $50,000 for emotional distress, mental anguish, humiliation, and damage to my professional reputation caused by the defendant's discriminatory actions.

4. **Punitive Damages**:

   I request punitive damages in the amount of $100,000 to punish the defendant for its intentional and reckless disregard for my federally protected rights under Title VII and to deter similar conduct in the future.

5. **Injunctive Relief**:

   I request the court to issue an injunction requiring the defendant to implement anti-discrimination policies and training to prevent future violations of Title VII in the workplace.

6. **Continuing Harm**:

   The wrongful acts alleged are ongoing because I continue to face financial hardship, emotional distress, and difficulty finding comparable employment due to the harm caused by the defendant's actions.

7. **Legal Costs**:

   I request reimbursement for all court filing fees and other litigation-related expenses.